United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-13099-MT
Marshall Scott Stander                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: tkinsleyC        Page 1 of 2          Date Rcvd: Dec 16, 2019
                              Form ID: 309A          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db          +Marshall Scott Stander,   13834 Magnolia Blvd.,   Sherman Oaks, CA 91423-1202
40039555    +Carol Fox And Associates,   c/o Edwin Siegel,   Law Offices of Siegel & Siegel,
             6355 Topanga Canyon Blvd. Ste 255,   Woodland Hills, CA 91367-2117
40039556    +Cavalry Portfolio Services LLC,   c/o Winn Law Group APC,   110 E. Wilshire Ave. Ste. 212,
             Fullerton, CA 92832-1960
40039557    +Cedars Sinai Medical Center,   c/o Sequoia Financial Services,   28632 Roadside Drive Ste. 110,
             Agoura Hills, CA 91301-6074
40039559    +DWTS Productions, LLC,   c/o Rex Hwang, Glaswer Weil,   10250 Constellation Blvd., 19th Fl.,
             Los Angeles, CA 90067-6219
40039560     Franchise Tax Board Bankruptcy Section,   MS: A-340,   P. O. Box 2952,
             Sacramento, CA 95812-2952
40039561    +Full Throttle Films, Inc.,   c/o Irwin Wittlin, Esq.,   15910 Ventura Blvd., 12th Floor,
             Encino, CA 91436-2802
40039562    +Hotel Fusion and Troy Hammer,   c/o John Markley Esq.,   620 Greystone Terrace,
             Orinda, CA 94563-2421
40039564     LA Commercial Group Inc.,   dba Continental Commercial Group,   c/o Carol Hamilton Esq.,
             317 So. Brand. Blvd.,   Van Nuys, CA 91404
40039565    +Luzato Medical Group,   c/o C Tech Collections,   5505 Nesconset Hwy Ste 200,
             Mount Sinai, NY 11766-2026
40039566    +Ramona Bowl Music Assoc.,   c/o Law Offices of Trent Thompson,   152 S. Harvard St.,
             Hemet, CA 92543-4234
40039567    +Rob Kolson Creative Productions, Inc.,   c/o Lane M. Nussbaum, Nussbaum APC,
             27489 Agoura Road Ste. 102,   Agoura Hills, CA 91301-2481
40039568    +Shel Medical Labs,   c/o Paul Michael Marketing,   159-16 Union Turnpike,
             Flushing, NY 11366-1954
40039569    +Sherman Oaks Hospital,   c/o CMRE Financial Services,   3075 E. Imperial Hwy Ste. 200,
             Brea, CA 92821-6753
40039570    +United Overseas Investment LTD,   13701 Riverside Drive #310,   Sherman Oaks, CA 91423-2467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: leslie@lesliecohenlaw.com Dec 17 2019 04:35:15     Leslie A Cohen,
             Leslie Cohen Law PC,   506 Santa Monica Bl Ste 200,   Santa Monica, CA  90401
tr          +E-mail/Text: dgottlieb@iq7technology.com Dec 17 2019 04:40:38     David Keith Gottlieb (TR),
             17000 Ventura Boulevard, Suite 300,   Encino, CA  CA 91316-4112
smg          EDI: EDD.COM Dec 17 2019 09:13:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P. O. Box 826880,   Sacramento, CA  94280-0001
smg          E-mail/Text: finance.bankruptcy@lacity.org Dec 17 2019 04:35:29     Los Angeles City Clerk,
             P. O. Box 53200,   Los Angeles, CA  90053-0200
40039563     EDI: IRS.COM Dec 17 2019 09:13:00     Internal Revenue Service,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
40039571    +E-mail/Text: max@sprecherlaw.com Dec 17 2019 04:39:02     Via Mar Productions & Mario Lopez,
             c/o Max Sprecher,   5850 Canoga Ave. 4th Floor,   Woodland Hills, CA 91367-6554
                                                                                  TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Franchise Tax Board,   Bankruptcy Section MS: A-340,   P. O. Box 2952,
             Sacramento, CA  95812-2952
40039558     ##+Cohen Hacker Rothstein & Pearl LLC,   Attn: Martin Hacker,   2 University Plaza Ste. 501,
             Hackensack, NJ 07601-6209
                                                                        TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                          Signature:   /s/Joseph Speetjens

District/off: 0973-1          User: tkinsleyC          Page 2 of 2          Date Rcvd: Dec 16, 2019
                             Form ID: 309A             Total Noticed: 21

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
         David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,  dgottlieb@iq7technology.com,
         rjohnson@dkgallc.com,akuras@dkgallc.com
         Leslie A Cohen    on behalf of Debtor Marshall Scott Stander leslie@lesliecohenlaw.com,
         jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
         United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

                                        TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marshall Scott Stander** | Social Security number or ITIN   **xxx–xx–9968** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | Date case filed for chapter  **7   12/13/19** |
| Case number:   **1:19–bk–13099–MT** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Marshall Scott Stander | | |
| 2. | **All other names used in the last 8 years** | aka Scott Stander | | |
| 3. | **Address** | 13834 Magnolia Blvd.<br>Sherman Oaks, CA 91423 | | |
| 4. | **Debtor's attorney**<br>Name and address | Leslie A Cohen<br>Leslie Cohen Law PC<br>506 Santa Monica Bl Ste 200<br>Santa Monica, CA 90401 | | Contact phone 310–394–5900<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | David Keith Gottlieb (TR)<br>17000 Ventura Boulevard, Suite 300<br>Encino, CA CA 91316 | | Contact phone (818) 539–7720<br>Email _____ |

/
**For more information, see pages 2 and 3 >**

Debtor  **Marshall Scott Stander**                                          Case number **1:19–bk–13099–MT**

| 6. | **Bankruptcy clerk's office** | 21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603 | Hours Open:  9:00 AM – 4:00 PM |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 855–460–9641<br><br>Dated: 12/16/19 |

| 7. | **Meeting of creditors** | **January 17, 2020 at 10:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | **21041 Burbank Blvd., #100, Woodland Hills, CA 91367–6003** |

| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/17/20** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                     page **2**

Debtor **Marshall Scott Stander**                                                                                   Case number **1:19–bk–13099–MT**

| | |
|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see pages 1 and 2 >**